**In re Carrie DEAN, Relator.**

**No. 05–11–01326–CV.**

Court of Appeals of Texas,
Dallas.

Nov. 2, 2011.

---

Jeffrey Owen Anderson, Tha Anderson Law Group, P.C., Brad M. Lamorgese, McCurley, Orsinger, McCurley, Nelson & Downing, Dallas, TX, for Relator.

Gregory Preston Gorman, Law Offices of Gregory P. Gorman, Jeremy C. Martin, Georganna L. Simpson, Simpson Martin, LLP, Dallas, TX, for Real Party in Interest.

Before Justices O'NEILL, LANG, and LANG–MIERS.

## MEMORANDUM OPINION

Opinion by Justice LANG.

Relator contends the trial judge erred in exercising jurisdiction over a child custody proceeding. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* Tex.R.App. P. 52.8(a); *Walker v. Packer,* 827 S.W.2d 833, 839–40 (Tex.1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus and **LIFT** the stay imposed by this Court's order of October 4, 2011.